GAS 245D  (Rev. 04/23) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Statesboro Division

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Revocation of Probation or Supervised Release) |
| Eddirico Sanchez Eason | |

Case Number: 6:09CR00017-5

USM Number: 14030-021

Johnny Vines
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and standard conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | September 15, 2023 |

See page two for additional violations

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 6834

December 14, 2023
Date of Imposition of Judgment

Signature of Judge

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:

Statesboro, Georgia

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

December 15, 2023
Date

GAS 245D　　(Rev. 04/23) Judgment in a Criminal Case for Revocations　Case 6:09-cr-00017-LGW-CLR   Document 204   Filed 12/15/23   Page 2 of 3

Judgment— Page 2 of 3

DEFENDANT: Eddirico Sanchez Eason
CASE NUMBER: 6:09CR00017-5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant unlawfully possessed a controlled substance (mandatory condition). | September 14, 2023 |
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | June 27, 2022 |
| 4 | The defendant possessed a firearm, ammunition, destructive device or other dangerous weapon (mandatory condition). | September 14, 2023 |
| 5 | The defendant failed to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer (standard condition). | September 14, 2023 |

DEFENDANT: Eddirico Sanchez Eason
CASE NUMBER: 6:09CR00017-5

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months, credit for time served, with no term of supervision to follow.

☒ The Court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be designated to an appropriate Bureau of Prisons facility in Estill, South Carolina, or a facility within close proximity of Estill, South Carolina, in the alternative.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL